UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/09

CESAR MATEO,

                      Plaintiff,

       -against-

BRIAN FISCHER, et al.,

                      Defendants.
------------------------------------------------------------------X

08 Civ. 07779 (RJH) (DF)
08 Civ. 08797 (RJH) (DF)
08 Civ. 10450 (RJH) (DF)
08 Civ. 11093 (RJH) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held a telephone conference with respect to the above-referenced matters on April 3, 2009, with Plaintiff, *pro se*, and counsel for Defendants, it is hereby ORDERED that:

1. As to the cases of *Mateo v. Ercole*, 08 Civ. 10450 (RJH) (DF), and *Mateo v. O'Connor*, 08 Civ. 11093 (RJH) (DF):

    a. With respect to each of these two cases, the Court's *Pro Se* Office is directed to arrange for the issuance of a Supplemental Summons, and to provide Plaintiff with a copy of the Complaint, Supplemental Summons, and any other forms necessary to allow Plaintiff to request that the United States Marshal effect service on Defendants on Plaintiff's behalf, in any manner permitted by the Federal Rules of Civil Procedure; and

    b. Plaintiff's time to serve Defendants in these cases, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, is extended to May 29, 2009.

2.  As to the cases of *Mateo v. Alexander*, No. 08 Civ. 08797 (RJH) (DF), and *Mateo v. Fischer*, 08 Civ. 07779 (RJH) (DF), discovery shall be stayed pending service of process on Defendants in the cases referred to in paragraph 1, above.

3.  The Office of the Attorney General shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on June 16, 2009, at 10:00 a.m., with respect to all of the above-captioned cases, and shall initiate that call to my chambers on that date.

Dated: New York, New York
April 3, 2009

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Cesar Mateo
(#01-A-4789)
Upstate Correctional Facility
P.O. Box 2000
Malone, NY 12953

Frederick H. Wen, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271

Wesley Bauman, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271